JOHN E. MURPHY, Respondent, *v.* DANIEL MAHONEY, Appellant.

Argued March 1, 1948; decided March 18, 1948.

*Nicholas G. Powers* for appellant.

*Harold S. Taylor* and *Edward F. Ronan* for respondent.

Judgments reversed and the complaint dismissed, with costs in all courts, on the authority of *Lippe* v. *Fink* (233 App. Div. 754, affd. 257 N. Y. 577).  No opinion.

Concur:  LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.